IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                           :
   Howard & Kathleen Heller                  :
                                              :        Case No.:  16-10938ELF
Debtor(s)                                        :        Chapter 13

## ORDER

AND NOW, upon consideration of the Application for Compensation ("the

Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's

certification that proper service has been made on all interested parties and upon the

Applicant's certification of no response,

It is hereby ORDERED that:

1.  The Application is GRANTED.

2.  Compensation is ALLOWED in favor of the Applicant in the amount of $3,500.00.

3.  The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an

administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C.

§503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less

$2,031.00 which was paid by the Debtor(s) prepetition, to the extent such distribution

is authorized under the terms of the confirmed chapter 13 plan.

Date:  8/25/16

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**