# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| HOWARD HELLER and | ) | |
| KATHLEEN HELLER | ) | |
| | ) | |
| Debtors | ) | CASE NO.: 16-10938-ELF |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| | ) | |
| CAPITAL ONE AUTO FINANCE | ) | **HEARING DATE**: |
| A DIVISION OF CAPITAL ONE N.A. | ) | Thursday, October 6, 2016 |
| Movant | ) | 10:00 a.m. |
| | ) | |
| vs. | ) | **LOCATION**: |
| | ) | U.S. Bankruptcy Court |
| HOWARD HELLER and | ) | Eastern District of Pennsylvania |
| KATHLEEN HELLER | ) | Courtroom # 1 |
| Respondent | ) | 900 Market Street |
| And | ) | Philadelphia, PA 19107 |
| WILLIAM C. MILLER | ) | |
| Trustee | ) | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

*Capital One Auto Finance, a Division of Capital One N.A., has filed a Motion for Relief with the Court to Lift the Automatic Stay to Permit Capital One Auto Finance to Repossess Debtors' Property described as a 2011 Honda Civic- 4 Cyl. Sedan 4D EX, V.I.N. 19XFA1F85BE027201.*

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this case. (If you do not have an attorney, you may wish to consult an attorney).**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider you views on the motion, then on or before September 22, 2016, you or your attorney must do all of the following:

    (a) file an answer explaining you position at:

      United States Bankruptcy Court Clerk
      Eastern District of Pennsylvania
      900 Market Street, Suite 400
      Philadelphia, PA 19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so it will be received on or before the date stated above; and,

    (b) mail a copy to the movant's attorney:

      *Jason Brett Schwartz, Esquire*
      *Mester & Schwartz, P.C.*
      *1333 Race Street*
      *Philadelphia, PA 19107*
      *(267) 909-9036*

    *and*

      *William C. Miller, Trustee*
      *1234 Market Street, Suite 1813*
      *Philadelphia, PA 19107*

2. If you or your attorney do not take the steps described in paragraphs (a) and (b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on Thursday, October 6, 2016 at 10:00 a.m. in Courtroom 1, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

DATE: September 8, 2016