# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 16-10938-ELF

HOWARD HELLER
KATHLEEN HELLER
1925 DURFOR STREET

PHILADELPHIA, PA 19145

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    HOWARD HELLER
    KATHLEEN HELLER
    1925 DURFOR STREET

    PHILADELPHIA, PA 19145

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

                                          /S/ William C. Miller

Date: 3/30/2017
                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee