UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                         CASE NO.: 16-10938-elf
                                                                                        CHAPTER 13

Howard Heller ,
   Debtor.

Kathleen Heller ,
   Joint Debtor.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
130 CLINTON RD #202
FAIRFIELD, NJ 07004**

                                      Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                      Authorized Agent for Secured Creditor
                                      130 Clinton Rd #202
                                      Fairfield, NJ 07004
                                      Telephone: 470-321-7112

                                      By: /s/Charles Wohlrab
                                          Charles Wohlrab, Esq.
                                          Email: cwohlrab@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 18, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

HOWARD HELLER
1925 DURFOR STREET
PHILADELPHIA, PA 19145

KATHLEEN HELLER
1925 DURFOR STREET
PHILADELPHIA, PA 19145

And via electronic mail to:

SADEK AND COOPER
1315 WALNUT STREET  SUITE 502
PHILADELPHIA, PA 19107

SADEK AND COOPER
1315 WALNUT STREET  SUITE 502
PHILADELPHIA, PA 19107

WILLIAM C. MILLER, ESQ.
P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

By: /s/ Victoria Ezeta
Victoria Ezeta
vezeta@raslg.com