United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10938-elf |
| Howard Heller | Chapter 13 |
| Kathleen Heller | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 16, 2021 | Form ID: 138NEW | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Howard Heller, Kathleen Heller, 1925 Durfor Street, Philadelphia, PA 19145-3610 |
| cr | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, c/o Charles Wohlrab, Esq., 130 Clinton Road # 202, Fairfield, NJ 07004-2927 |
| 13674465 | + | Amricn Fcu, 2060 Red Lion Rd. P.O. Box 52458, Philadelphia, PA 19115-7458 |
| 13687907 | + | Auto Trakk, LLC, 1500 Sycamore Road, Suite 200, Montoursville, PA 17754-9416 |
| 13674467 | | Bk Of Amer, P.O. Box 7047, Dover, DE 19903 |
| 13674470 | + | Ccs/First National Ban, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 13674471 | + | Celtic Bank/Contfinco, 121 Continental Dr Ste 1, Newark, DE 19713-4326 |
| 13755121 | | Ditech Financial LLC, P.O. Box 44265, Jacksonville, FL 32231-4265 |
| 13674474 | + | Ditech Financial Llc, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 13674476 | + | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 13674478 | | Laboratory Corporation of America, P.O. Box 2240, Burlington, NC 27216-2240 |
| 13708394 | + | New Century Financial Services, Inc., c/o Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 13706569 | + | Philadelphia Gas Works, 800 W Montgomery Ave, Phila Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 13674482 | | Surge, P.O. Box 8099, Newark, DE 19714-8099 |
| 13674484 | | Tate & Kirlin Associates, 2810 Southampton Road, Philadelphia, PA 19154-1207 |
| 14591468 | + | Wilmington Savings Fund Society, FSB, dba Chistiana Trust, c/o Charles Wohlrab, Esq., 130 Clinton Rd #202, Fairfield NJ 07004-2927 |
| 13910612 | | Wilmington Savings Fund Society, FSB, P.O. Box 52708, Irvine, CA 92619-2708 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 16 2021 23:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 16 2021 23:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 17 2021 01:56:04 | American InfoSource LP as agent for Spot Loan fka, PO Box 248838, Oklahoma City, OK 73124-8838 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jul 17 2021 00:02:23 | Capital One Auto Finance, P.O. Box 201347, Arlington, TX 76006-1347 |
| cr | | Email/PDF: acg.acg.ebn@americaninfosource.com | Jul 17 2021 00:02:28 | Capital One Auto Finance c/o AIS Portfolio Service, P.O. BOX 4360, Houston, TX 77210-4360 |

Case 16-10938-elf    Doc 62    Filed 07/18/21    Entered 07/19/21 00:40:25    Desc Imaged
                        Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 16, 2021 | Form ID: 138NEW | Total Noticed: 45 |

| Recip ID | | Notice Method | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 16 2021 23:35:30 | | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 13674464 | | Email/Text: bkrpt@retrievalmasters.com Jul 16 2021 23:32:00 | | AMCA, P.O. Box 1235, Elmsford, NY 10523-0935 |
| 13690307 | | Email/Text: ally@ebn.phinsolutions.com Jul 16 2021 23:31:00 | | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 13718758 | + | Email/Text: broman@amhfcu.org Jul 16 2021 23:32:00 | | American Heritage FCU, c/o Brian Romaniello, 2060 Red Lion Rd., Phila PA 19115-1699 |
| 13678734 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 17 2021 00:24:31 | | American InfoSource LP as agent for, Spot Loan, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13741944 | | Email/PDF: resurgentbknotifications@resurgent.com Jul 16 2021 23:35:24 | | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13674466 | + | Email/Text: aleasure@autotrakk.com Jul 16 2021 23:32:00 | | Autotrakk Llc, 1500 Sycamore Rd Ste 200, Montoursville, PA 17754-9416 |
| 13767985 | | Email/Text: megan.harper@phila.gov Jul 16 2021 23:32:00 | | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13674469 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 17 2021 01:45:54 | | Capital One Auto Finan, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 13680496 | + | Email/PDF: acg.acg.ebn@americaninfosource.com Jul 17 2021 00:02:23 | | Capital One Auto Finance, c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 13676129 | + | Email/PDF: acg.acg.ebn@americaninfosource.com Jul 17 2021 00:02:28 | | Capital One Auto Finance, a division of Capital On, P.O. Box 201347, Arlington, TX 76006-1347 |
| 13674473 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Jul 16 2021 23:35:25 | | Citi-Bp Oil, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 13674475 | + | Email/Text: bknotice@ercbpo.com Jul 16 2021 23:32:00 | | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 13674477 | | Email/Text: JCAP_BNC_Notices@jcap.com Jul 16 2021 23:32:00 | | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 13674472 | | Email/PDF: ais.chase.ebn@americaninfosource.com Jul 17 2021 00:02:15 | | Chase Card, 201 N Walnut Street Mailstop De1-1027, Wilmington, DE 19801 |
| 13741945 | | Email/PDF: MerrickBKNotifications@Resurgent.com Jul 16 2021 23:35:23 | | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13674479 | + | Email/Text: bankruptcydpt@mcmcg.com Jul 16 2021 23:32:00 | | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 13690600 | + | Email/Text: bankruptcydpt@mcmcg.com Jul 16 2021 23:32:00 | | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 13754927 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 16 2021 23:35:23 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13674480 | + | Email/Text: bankruptcypgl@plaingreenloans.com Jul 16 2021 23:32:00 | | Plain Green, 93 Mack Road Suite Po Box 270, Box Elder, MT 59521-0270 |
| 13674481 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 16 2021 23:35:30 | | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14512900 | + | Email/Text: bkteam@selenefinance.com Jul 16 2021 23:32:00 | | Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042-4546 |

TOTAL: 28

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 16, 2021 | Form ID: 138NEW | Total Noticed: 45 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13674483 | | Syncb/Sams |
| 14270781 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 13674468 | ##+ | Burmans Medical Supplies, 210 Bridgewater Road, Suite 1, Aston, PA 19014-2142 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2021                Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Howard Heller brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| BRAD J. SADEK | on behalf of Joint Debtor Kathleen Heller brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@raslg.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor Ditech Financial LLC Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor Ditech Financial LLC tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Howard Heller and Kathleen Heller

    Debtor(s)

Bankruptcy No: 16−10938−elf

Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

☑ 2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑ 3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

4. All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

    For The Court
    Timothy B. McGrath
    Clerk of Court

Dated: 7/16/21

60 − 59
Form 138_new