Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Howard Heller |
| Debtor 2 (Spouse, if filing) | Kathleen Heller |

United States Bankruptcy Court for the : EASTERN District of Pennsylvania
(State)

Case number 16-10938

# Form 4100R
# Response to Notice of Final Cure

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

| Part 1: | Mortgage Information |
|---|---|

**Name of creditor:** Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust

**Court claim no.** (if known): 12

**Last 4 digits** of any number you use to identify the debtor's account: 3861

**Property address:**    1925 DURFOR ST ,
                         Number       Street

                         PHILADELPHIA , PA 19145
                         City                State       ZIP Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

[X]  Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]  Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $_____

| Part 3: | Postpetition Mortgage |
|---|---|

*Check one:*

[ ]  Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    ___/___/_____
                                                                MM/DD/YYYY

[X]  Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $3,258.81

b. Total suspense:    - (b) $412.19

c. Total. Subtract lines a and b.    (c) $2,846.62

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    _2_/_1__/_2021___
                                                                         MM/ DD/ YYYY

Form 4100R            **Response to Notice of Final Cure Payment**            page 1

| Debtor 1 | Howard | | Heller | Case Number (if known) | 16-10938 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]   all payments received;
[X]   all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]   all amounts the creditor contends remain unpaid

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X   /s/ Charles G. Wohlrab
    Signature

Date 04/19/2021

Print   Charles G. Wohlrab, Esq.
        First Name   Middle Name   Last Name

Title Authorized Agent

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

If different from the notice address listed on the proof of claim to which this response applies:

Address   130 Clinton Rd #202
          Number        Street

          Fairfield, NJ 7004
          City          State       ZIP Code

Contact   470-321-7112                         Email cwohlrab@raslg.com

Form 4100R                  **Response to Notice of Final Cure Payment**                  page 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 19, 2021 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Howard Heller
1925 Durfor Street
Philadelphia, PA 19145

Kathleen Heller
1925 Durfor Street
Philadelphia, PA 19145

And via electronic mail to:

BRAD J. SADEK
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

By: /s/ Michelle Zavitz
Michelle Zavitz
Email: mzavitz@raslg.com

## PAYMENT HISTORY

| PAYMENT HISTORY PER MSP | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LOAN NUMBER | | | POST-PETITION | | | | | | | |
| FILING DATE | | | PAYMENT CHANGES | | | | | | | |
| PAYMENTS IN POC | | EFFECTIVE | 3/1/2016 | 5/1/2016 | 2/1/2019 | 2/1/2020 | 12/1/2020 | | | |
| FIRST POST-PETITION DUE DATE | | AMOUNT | $ 910.03 | $ 882.16 | $ 886.96 | $1,056.17 | $1,086.27 | | | |
| | INCOMING FUNDS | | MANUAL HISTORY | | | | | COMMENTS | | |

| DATE | PRE-PETITION FUNDS | POST-PETITION FUNDS | PAYMENT AMOUNT | Phonepay Fee | MANUAL SUSP | MANUAL SUSP BAL | MANUAL POST PYMT | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| STARTING BALANCES | | | | $ - | $ - | $ - | | |
| 3/1/2016 | | $ 931.01 | $910.03 | $ - | $ 20.98 | $ 20.98 | 3/1/2016 | |
| 3/9/2016 | | | | $ - | $ - | $ 20.98 | | |
| 4/5/2016 | | $ 931.01 | $910.03 | $ - | $ 20.98 | $ 41.96 | 4/1/2016 | |
| 4/7/2016 | | | | $ - | $ - | $ 41.96 | | |
| 5/12/2016 | | $ 990.00 | $882.16 | $ - | $ 107.84 | $ 149.80 | 5/1/2016 | |
| 6/2/2016 | | | | $ - | $ - | $ 149.80 | | |
| 6/17/2016 | | $ 776.00 | $882.16 | $ - | $ (106.16) | $ 43.64 | 6/1/2016 | |
| 8/3/2016 | | $ 884.00 | $882.16 | $ - | $ 1.84 | $ 45.48 | 7/1/2016 | |
| 9/14/2016 | | $ 884.00 | $882.16 | $ - | $ 1.84 | $ 47.32 | 8/1/2016 | |
| 9/30/2016 | | | | $ - | $ - | $ 47.32 | | |
| 10/5/2016 | | | | $ - | $ - | $ 47.32 | | |
| 10/6/2016 | | | | $ - | $ - | $ 47.32 | | |
| 10/18/2016 | $ 652.08 | | | $ - | $ - | $ 47.32 | | |
| 10/25/2016 | | $ 884.00 | $882.16 | $ - | $ 1.84 | $ 49.16 | 9/1/2016 | |
| 12/2/2016 | | $ 884.00 | $882.16 | $ - | $ 1.84 | $ 51.00 | 10/1/2016 | |
| 12/6/2016 | | | | $ - | $ - | $ 51.00 | | |
| 12/22/2016 | $ 476.61 | | | $ - | $ - | $ 51.00 | | |
| 12/30/2016 | | | | $ - | $ - | $ 51.00 | | |
| 1/4/2017 | | $ 884.00 | $882.16 | $ - | $ 1.84 | $ 52.84 | 11/1/2016 | |
| 1/12/2017 | | | | $ - | $ - | $ 52.84 | | |
| 1/31/2017 | $ 476.61 | | | $ - | $ - | $ 52.84 | | |
| 2/13/2017 | | | | $ - | $ - | $ 52.84 | | |
| 2/15/2017 | | $ 884.00 | $882.16 | $ - | $ 1.84 | $ 54.68 | 12/1/2016 | |
| 2/24/2017 | $ 476.61 | | | $ - | $ - | $ 54.68 | | |
| 2/28/2017 | | | | $ - | $ - | $ 54.68 | | |
| 3/28/2017 | | $ 882.16 | $882.16 | $ - | $ - | $ 54.68 | 1/1/2017 | |
| 4/3/2017 | | $ 882.16 | $882.16 | $ - | $ - | $ 54.68 | 2/1/2017 | |
| 4/5/2017 | | | | $ - | $ - | $ 54.68 | | |
| 4/21/2017 | | $ 882.16 | $882.16 | $ - | $ - | $ 54.68 | 3/1/2017 | |
| 4/25/2017 | | | | $ - | $ - | $ 54.68 | | |

| Date | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4/25/2017 | | | | $ - | $ - | $ 54.68 | |
| 5/16/2017 | $ 953.21 | | | $ - | $ - | $ 54.68 | |
| 5/19/2017 | | $ 882.16 | $882.16 | $ - | $ - | $ 54.68 | 4/1/2017 |
| 6/15/2017 | $ 1,203.73 | | | $ - | $ - | $ 54.68 | |
| 6/16/2017 | | $ 882.16 | $882.16 | $ - | $ - | $ 54.68 | 5/1/2017 |
| 7/14/2017 | | $ 882.16 | $882.16 | $ - | $ - | $ 54.68 | 6/1/2017 |
| 7/21/2017 | $ 476.44 | | | $ - | $ - | $ 54.68 | |
| 7/31/2017 | | | | $ - | $ - | $ 54.68 | |
| 7/31/2017 | | | | $ - | $ - | $ 54.68 | |
| 7/31/2017 | | | | $ - | $ - | $ 54.68 | |
| 8/1/2017 | | | | $ - | $ - | $ 54.68 | |
| 8/1/2017 | | | | $ - | $ - | $ 54.68 | |
| 8/1/2017 | | | | $ - | $ - | $ 54.68 | |
| 8/15/2017 | | $ 910.03 | $882.16 | $ - | $ 27.87 | $ 82.55 | 7/1/2017 |
| 8/17/2017 | | | | $ - | $ - | $ 82.55 | |
| 8/18/2017 | $ 476.76 | | | $ - | $ - | $ 82.55 | |
| 9/14/2017 | $ 476.61 | | | $ - | $ - | $ 82.55 | |
| 9/15/2017 | | $ 910.03 | $882.16 | $ - | $ 27.87 | $ 110.42 | 8/1/2017 |
| 9/18/2017 | | | | $ - | $ - | $ 110.42 | |
| 9/27/2017 | | | | $ - | $ - | $ 110.42 | |
| 10/3/2017 | $ 476.61 | | | $ - | $ - | $ 110.42 | |
| 10/20/2017 | | $ 910.03 | $882.16 | $ - | $ 27.87 | $ 138.29 | 9/1/2017 |
| 11/17/2017 | | $ 910.03 | $882.16 | $ - | $ 27.87 | $ 166.16 | 10/1/2017 |
| 11/22/2017 | $ 473.52 | | | $ - | $ - | $ 166.16 | |
| 11/24/2017 | | | | $ - | $ - | $ 166.16 | |
| 12/15/2017 | | $ 910.03 | $882.16 | $ - | $ 27.87 | $ 194.03 | 11/1/2017 |
| 12/28/2017 | $ 473.52 | | | $ - | $ - | $ 194.03 | |
| 1/12/2018 | | $ 910.03 | $882.16 | $ - | $ 27.87 | $ 221.90 | 12/1/2017 |
| 1/26/2018 | $ 473.51 | | | $ - | $ - | $ 221.90 | |
| 1/29/2018 | | | | $ - | $ - | $ 221.90 | |
| 2/5/2018 | | | | $ - | $ - | $ 221.90 | |
| 2/12/2018 | | $ 910.03 | $882.16 | $ - | $ 27.87 | $ 249.77 | 1/1/2018 |
| 2/22/2018 | $ 473.52 | | | $ - | $ - | $ 249.77 | |
| 3/16/2018 | | $ 878.37 | $882.16 | $ - | $ (3.79) | $ 245.98 | 2/1/2018 |
| 3/19/2018 | | | | $ - | $ - | $ 245.98 | |
| 3/26/2018 | $ 473.52 | | | $ - | $ - | $ 245.98 | |
| 4/17/2018 | | $ 878.37 | $882.16 | $ - | $ (3.79) | $ 242.19 | 3/1/2018 |
| 4/17/2018 | $ 473.52 | | | $ - | $ - | $ 242.19 | |
| 4/18/2018 | | | | $ - | $ - | $ 242.19 | |
| 4/18/2018 | | | | $ - | $ - | $ 242.19 | |
| 5/17/2018 | $ 473.52 | | | $ - | $ - | $ 242.19 | |
| 5/18/2018 | | $ 878.37 | $882.16 | $ - | $ (3.79) | $ 238.40 | 4/1/2018 |
| 5/21/2018 | | | | $ - | $ - | $ 238.40 | |
| 6/15/2018 | | $ 878.37 | $882.16 | $ - | $ (3.79) | $ 234.61 | 5/1/2018 |
| 6/18/2018 | | | | $ - | $ - | $ 234.61 | |
| 6/20/2018 | $ 473.51 | | | $ - | $ - | $ 234.61 | |

| Date | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 |
|---|---|---|---|---|---|---|---|
| 6/25/2018 | | | | $  - | $  - | $ 234.61 | |
| 6/27/2018 | | | | $  - | $  - | $ 234.61 | |
| 7/17/2018 | | $ 878.37 | $882.16 | $  - | $ (3.79) | $ 230.82 | 6/1/2018 |
| 7/24/2018 | $ 473.52 | | | $  - | $  - | $ 230.82 | |
| 8/17/2018 | | $ 878.37 | $882.16 | $  - | $ (3.79) | $ 227.03 | 7/1/2018 |
| 8/27/2018 | $ 473.52 | | | $  - | $  - | $ 227.03 | |
| 9/21/2018 | $ 490.98 | $ 878.37 | $882.16 | $  - | $ (3.79) | $ 223.24 | 8/1/2018 |
| 9/25/2018 | | | | $  - | $  - | $ 223.24 | |
| 9/28/2018 | | | | $  - | $  - | $ 223.24 | |
| 10/19/2018 | | $ 878.37 | $882.16 | $  - | $ (3.79) | $ 219.45 | 9/1/2018 |
| 10/23/2018 | $ 490.98 | | | $  - | $  - | $ 219.45 | |
| 10/25/2018 | | | | $  - | $  - | $ 219.45 | |
| 11/16/2018 | | $ 878.37 | $882.16 | $  - | $ (3.79) | $ 215.66 | 10/1/2018 |
| 11/27/2018 | $ 474.55 | | | $  - | $  - | $ 215.66 | |
| 12/14/2018 | | $ 878.37 | $882.16 | $  - | $ (3.79) | $ 211.87 | 11/1/2018 |
| 12/21/2018 | $ 474.55 | | | $  - | $  - | $ 211.87 | |
| 12/24/2018 | | | | $  - | $  - | $ 211.87 | |
| 1/22/2019 | $ 474.55 | | | $  - | $  - | $ 211.87 | |
| 1/25/2019 | | $ 878.37 | $882.16 | $  - | $ (3.79) | $ 208.08 | 12/1/2018 |
| 2/5/2019 | | | | $  - | $  - | $ 208.08 | |
| 2/20/2019 | $ 474.56 | | | $  - | $  - | $ 208.08 | |
| 2/21/2019 | | | | $  - | $  - | $ 208.08 | |
| 2/22/2019 | | $ 886.96 | $882.16 | $  - | $ 4.80 | $ 212.88 | 1/1/2019 |
| 3/20/2019 | $ 474.55 | | | $  - | $  - | $ 212.88 | |
| 3/22/2019 | | $ 886.96 | $886.96 | $  - | $  - | $ 212.88 | 2/1/2019 |
| 4/18/2019 | $ 474.55 | | | $  - | $  - | $ 212.88 | |
| 4/19/2019 | | | | $  - | $  - | $ 212.88 | |
| 4/26/2019 | | $ 886.96 | $886.96 | $  - | $  - | $ 212.88 | 3/1/2019 |
| 5/16/2019 | $ 181.71 | | | $  - | $  - | $ 212.88 | |
| 5/31/2019 | | $ 886.96 | $886.96 | $  - | $  - | $ 212.88 | 4/1/2019 |
| 6/28/2019 | | $ 886.96 | $886.96 | $  - | $  - | $ 212.88 | 5/1/2019 |
| 8/9/2019 | | $ 886.96 | $886.96 | $  - | $  - | $ 212.88 | 6/1/2019 |
| 9/13/2019 | | $ 886.96 | $886.96 | $  - | $  - | $ 212.88 | 7/1/2019 |
| 9/30/2019 | | | | $  - | $  - | $ 212.88 | |
| 10/11/2019 | | $ 886.96 | $886.96 | $  - | $  - | $ 212.88 | 8/1/2019 |
| 11/19/2019 | | $ 886.96 | $886.96 | $  - | $  - | $ 212.88 | 9/1/2019 |
| 12/13/2019 | | $ 886.96 | $886.96 | $  - | $  - | $ 212.88 | 10/1/2019 |
| 1/10/2020 | | $ 886.96 | $886.96 | $  - | $  - | $ 212.88 | 11/1/2019 |
| 1/30/2020 | | | | $  - | $  - | $ 212.88 | |
| 2/18/2020 | | | | $  - | $  - | $ 212.88 | |
| 2/21/2020 | | $ 886.96 | $886.96 | $  - | $  - | $ 212.88 | 12/1/2019 |
| 3/20/2020 | | $ 1,056.17 | $886.96 | $  - | $ 169.21 | $ 382.09 | 1/1/2020 |
| 4/21/2020 | | $ 1,056.17 | $1,056.17 | $  - | $  - | $ 382.09 | 2/1/2020 |
| 5/19/2020 | | $ 1,056.17 | $1,056.17 | $  - | $  - | $ 382.09 | 3/1/2020 |
| 6/23/2020 | | $ 1,056.17 | $1,056.17 | $  - | $  - | $ 382.09 | 4/1/2020 |
| 7/24/2020 | | $ 1,056.17 | $1,056.17 | $  - | $  - | $ 382.09 | 5/1/2020 |

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/21/2020 | $ 1,056.17 | $1,056.17 | $ - | $ - | $ 382.09 | 6/1/2020 | |
| 9/18/2020 | $ 1,056.17 | $1,056.17 | $ - | $ - | $ 382.09 | 7/1/2020 | |
| 10/10/2020 | | | $ - | $ - | $ 382.09 | | |
| 10/16/2020 | $ 1,056.17 | $1,056.17 | $ - | $ - | $ 382.09 | 8/1/2020 | |
| 11/18/2020 | $ 1,056.17 | $1,056.17 | $ - | $ - | $ 382.09 | 9/1/2020 | |
| 12/28/2020 | $ 1,056.17 | $1,056.17 | $ - | $ - | $ 382.09 | 10/1/2020 | |
| 1/22/2021 | $ 1,086.27 | $1,056.17 | $ - | $ 30.10 | $ 412.19 | 11/1/2020 | |
| 2/26/2021 | $ 1,086.27 | $1,086.27 | $ - | $ - | $ 412.19 | 12/1/2020 | |
| 3/2/2021 | | | $ - | $ - | $ 412.19 | | |
| 3/19/2021 | $ 1,086.27 | $1,086.27 | $ - | $ - | $ 412.19 | 1/1/2021 | |
| | | | $ - | $ - | $ 412.19 | | |
| | | | $ - | $ - | $ 412.19 | | |
| | | | $ - | $ - | $ 412.19 | | |
| | | | $ - | $ - | $ 412.19 | | |
| | | | $ - | $ - | $ 412.19 | | |
| | | | $ - | $ - | $ 412.19 | | |
| | | | $ - | $ - | $ 412.19 | | |
| | | | $ - | $ - | $ 412.19 | | |
| | | | $ - | $ - | $ 412.19 | | |
| | | | $ - | $ - | $ 412.19 | | Due by 02/01/2021 |